NOV 19 2009

1   David M. Grey, Esq.  Bar #124793
    GREY & GREY
2   233 Wilshire Boulevard, Suite 700
    Santa Monica, CA 90401
3   310/444-1980   fax 310/444-1970

4   Attorneys for Plaintiff
    D.H., a minor, by and through her
5    Guardian Ad Litem, K.H.

6

7

8                   **UNITED STATES DISTRICT COURT**

9

10                 **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  D.H., a minor, by and through her          | Case No.
    Guardian Ad Litem, K.H.,
13                                              '09 CV 2621  L  NLS

14              Plaintiff,                      APPLICATION FOR APPOINTMENT FOR
                                                GUARDIAN AD LITEM and ORDER
15          vs.

16  Poway Unified School District, and DOES
    1-100, inclusive,
17
                Defendants
18

19

20

21

22          Kevin Harrington, in support of his Application for an Order for Appointment as

23  Guardian Ad Litem for Delanie Harrington, a minor, to prosecute a claim in this Court for

24  the minor, would show as follows:

25

26          Kevin Harrington is the father of Delanie Harrington, a minor under the age

27          of 18 years.  Kevin Harrington and Delanie Harrington are both residents of

28

    ───────────────────────────────────────────────────────────────
        APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER



the State of California and reside at 14145 Durhullen Drive, Poway, CA 92064.

1.     Delanie Harrington does not have a guardian ad litem or duly appointed representative.

2.     Kevin Harrington and Delanie Harrington, seek to file a complaint to obtain an order reversing the decision of the California Office of Administrative Hearing Due Process case number OAH N2009051033, and for violation of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.

3.     Kevin Harrington has no interests adverse to the rights of Delanie Harrington, and is fully competent and responsible to prosecute the proposed action for Delanie Harrington.

Wherefore, Kevin Harrington prays that he be appointed Guardian Ad Litem for Delanie Harrington for the purpose of prosecuting the minor's claim against the defendant, and further prays that the Complaint be allowed to be filed and litigated therein.

Dated:  November 12, 2009                    GREY & GREY

By _____
            David M. Grey
      Attorneys for Plaintiffs

APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER

**DECLARATION OF KEVIN HARRINGTON**

I, Kevin Harrington, declare:

1.     I am the father of Delanie Harrington, a minor under the age of 18 years.

2.     Delanie Harrington is deaf and is a student who resides in the jurisdiction of the Defendant Poway Unified School District ("the District.")

3.     Grey & Grey filed an Administrative Due Process case on Delanie Harrington's behalf against the District.  I participated in the hearing in that matter, including attending the hearing on every day that it was held.

4.     I have received the decision from the Administrative Due Process case, dated October 28, 2009.

5.     On behalf of my daughter Delanie, I intend to file a complaint in Court to ask for a reversal of that decision, as well as for violation of the ADA and Section 504 of the Rehabilitation Act of 1973.

6.     Delanie and I are both residents of the State of California and reside at 14145 Durhullen Drive, Poway, CA 92064.

7.     Delanie does not have a Guardian Ad Litem or duly appointed representative for this proceeding.

8.     I have no interest adverse to the rights of Delanie, and am fully competent and responsible to prosecute the proposed action for her.

9. I consent to the appointment as guardian ad litem for Delanie Harrington

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and is of my own personal knowledge.

3

APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER

1    Executed at Poway, California 12 th day of November, 2009.

2

3                                   *Kevin Harrington* (signature)

4                                   Kevin Harrington

5

6

7        I consent to the appointment of my father, Kevin Harrington as guardian ad litem. I

8    declare under penalty of perjury under the laws of the United States and the State of

9    California that the foregoing facts are true and correct.

10       Executed____at Poway, California 12 th day of November, 2009.

11

12

13                                  *Delanie Harrington* (signature)
     Delanie Harrington

14       THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad

15   litem for Delanie Harrington, a minor.  The Court orders Kevin Harrington be appointed

16   as the guardian ad litem for Delanie Harrington.

17

18   Dated:

19

20                                  _____

21                                  JUDGE OF THE COURT

22

23

24

25

26

27

28
                                    4
     APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER